UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1589 RWS |
| ) | |
| BRYANT TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for default judgment. Having carefully reviewed the complaint, the motion for default judgment, and the supporting affidavit, the Court finds that plaintiff is entitled to the relief sought.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for default judgment [#8] is granted.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2009.